# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

RICKY RICHARDSON,
            Petitioner

          v.

UNITED STATES OF AMERICA,
           Respondent.

CIVIL ACTION NO.:
03-12381-EFH

## O R D E R

### December 2, 2003

HARRINGTON, S.D.J.

A Motion Under 28 USC § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, having been filed by the Petitioner Ricky Richardson, the Court orders the United States Attorney for the District of Massachusetts to respond to said Motion on behalf of the respondent within sixty days from the date of this Order.

SO ORDERED.

/s/ Edward F. Harrington
EDWARD F. HARRINGTON
United States Senior District Judge