# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

RICKY RICHARDSON,
    Petitioner

v.

UNITED STATES OF AMERICA,
    Respondent.

CIVIL ACTION NO.:
03-12381-EFH

## ORDER OF DISMISSAL

October 26, 2004

HARRINGTON, S.D.J.

 No action having taken place in this case since December of 2003, the case is dismissed for want of prosecution.

 SO ORDERED.

        /s/ Edward F. Harrington
        EDWARD F. HARRINGTON
        United States Senior District Judge